**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Juan Hernandez-Guzman,<br><br>    Defendant. | No.  CR 06-0377-PHX-ROS<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Extend Time To Indict (Doc. #8). Defendant was arrested on March 13, 2006 and indicted on April 11, 2006.  Accordingly,

IT IS ORDERED denying Defendant's Motion to Extend Time To Indict (Doc. #8), as moot.

DATED this 13th day of April, 2006.

_____
David K. Duncan
United States Magistrate Judge